IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**PAMELA FORRESTER MONTOUR**           *
107 Northwood Drive
Timonium, Maryland 21220,              *

      Plaintiff,              *

v.                                     *   Case No. CCB-00-CV-2659

**DAVIDSON HOTEL COMPANY**             *
1755 Lynnfield Road, Suite 142
Memphis, Tennessee 38119               *

      Defendant.              *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION FOR EXTENSION OF TIME
### TO ANSWER OR OTHERWISE RESPOND

Subject to the Court's approval, the Parties hereby stipulate that the time for Defendant to answer or otherwise respond to the Complaint in this matter shall be shall be October 27, 2000. The additional time is necessary for Defendant to complete its investigation of Plaintiff's claims in order to enable Defendant to respond to the Complaint.

_____
Richard P. Neuworth
Lebau & Neuworth
606 Baltimore Avenue, Suite 201
Baltimore, Maryland 21204
(410) 296-3030

Counsel for Plaintiff,
  Pamela Forrester Montour

_____
Stanley Mazaroff
Trial Bar No. 00507
Venable, Baetjer and Howard, LLP
2 Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

Counsel for Defendant,
  Davidson Hotel Group

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _10th_ day of October 2000, a copy of the foregoing Stipulation for Extension of Time to Answer or Otherwise Respond was mailed by first class mail, postage prepaid, to Richard P. Neuworth, Lebau & Neuworth, LLC, 606 Baltimore Avenue, Suite 201, Baltimore, Maryland 21204, attorney for Plaintiff.

                                                    Thomas H. Strong

So Approved and ORDERED this \_\_\_11'\_\_\_ day of ~~September~~ October 2000.

_____
The Honorable Catherine C. Blake
United States District Judge