IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PAMELA FORRESTER MONTOUR,   *

    Plaintiff,   *

v.   *   Civil Action No. CCB-00-CV-2659

DAVIDSON HOTEL COMPANY,
    *
    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME

Defendant Davidson Hotel Company, by its undersigned attorneys, hereby moves for an extension of time to answer or otherwise respond to the Complaint to and including November 20, 2000. Counsel for the Plaintiff has no objection to this request for an extension of time to respond to the Complaint.

    Respectfully submitted,

    _____
    Stanley Mazaroff
    Federal Bar No. 00507
    Venable, Baetjer and Howard, LLP
    1800 Mercantile Bank and Trust Bldg.
    Two Hopkins Plaza
    Baltimore, Maryland 21201-2978
    (410) 244-7650

    Attorneys for Defendant,
    Davidson Hotel Company

SO ORDERED this 27th day of October, 2000.

    _____
    U.S. District Court Judge

-2-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26 day of October, 2000, a copy of Defendant's Motion for Extension of Time and proposed Order was mailed, first class mail, postage prepaid, to:

> Richard P. Neuworth
> Lebau & Neuworth, LLC
> 210 N. Charles Street – Suite 1500
> Baltimore, MD 21201
>
> Attorneys for Plaintiff

_____
Stanley Mazaroff