IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PAMELA FORRESTER MONTOUR, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. CCB-00-CV-2659 |
| DAVIDSON HOTEL COMPANY, | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME

Defendant Davidson Hotel Company, by its undersigned attorneys, hereby moves for an extension of time to answer or otherwise respond to the Complaint to and including December 15, 2000. Counsel for the Plaintiff has no objection to this request for an extension of time to respond to the Complaint.

Respectfully submitted,

_____
Stanley Mazaroff
Federal Bar No. 00507
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank and Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201-2978
(410) 244-7650

Attorneys for Defendant,
Davidson Hotel Company

SO ORDERED this __21st__ day of November, 2000.

_____
U.S. District Court Judge

-2-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20 day of November, 2000, a copy of Defendant's Motion for Extension of Time and proposed Order was mailed, first class mail, postage prepaid, to:

>Richard P. Neuworth
>Lebau & Neuworth, LLC
>210 N. Charles Street – Suite 1500
>Baltimore, MD  21201
>
>Attorneys for Plaintiff

_____
Stanley Mazaroff